UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                HONORABLE PAUL L. MALONEY

v.

                                Case No. 1:10-cr-230

MARLEN TYWON ESKEW,

    Defendant.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the defendant's motion for ends of justice continuance of the final pretrial presently scheduled for October 4, 2010 and trial scheduled for October 19, 2010. The basis of the Defendant's motion is that additional time is necessary to allow counsel to review discovery materials, interview potential witnesses, prepare defenses, or plea agreement with the government, as well as to review conviction records. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **December 6, 2010 at 11:00 a.m.** Jury trial is rescheduled to **December 15, 2010 at 8:45 a.m.**

Dated: September 29, 2010                             /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                     Chief United States District Judge